IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ZARSHED ERGASHOV, *et al.*, | * | |
| *Plaintiffs* | * | |
| | | Civil Action No. 1-15-cv-01007-JFM |
| v. | * | |
| GLOBAL DYNAMIC TRANSPORTATION, LLC, *et al.* | * | |
| | * | |
| *Defendants* | | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**DEFENDANTS' MOTION TO DISMISS
PLAINTIFFS' SECOND AMENDED COMPLAINT**

Defendants Global Dynamic Transportation, LLC, Valeri Biganishvill, David Chkhartishvili and Besiki Chkhartishvili (collectively "GDT Defendants"), pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), hereby move to dismiss Plaintiffs' Second Amended Complaint (ECF 15) in its entirety. The grounds for this Motion are set forth with particularity in the attached Memorandum. A proposed Order is also attached.

WHEREFORE, the GDT Defendants respectfully requests that this Court grant their Motion, dismiss the Complaint against them with prejudice at this time, grant the GDT Defendants their attorneys' fees and costs, and enter such other relief as the Court deems appropriate.

(Remainder of page intentionally left blank.)

Dated: August 12, 2015

Respectfully submitted,

    /s/
Judd G. Millman (Fed Bar No. 18212)
  judd@luchanskylaw.com
Bruce M. Luchansky (Fed. Bar No. 08439)
  lucky@luchanskylaw.com
**LUCHANSKY LAW**
606 Bosley Avenue
Suite 3B
Towson, Maryland 21204
Telephone: (410) 522-1020
Facsimile: (410) 522-1021

*Attorneys for Global Dynamic Transportation, LLC, Valeri Biganishvill, David Chkhartishvili and Besiki Chkhartishvili*

## CERTIFICATE OF SERVICE

I, hereby, certify that on August 12, 2015, a copy of the foregoing was served via the United States District Court for the District of Maryland's electronic filing system upon all counsel of record registered to receive such notifications.

    /s/
Judd G. Millman