IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ZARSHED ERGASHOV, *et al.*, | * | |
| *Plaintiffs* | * | Civil Action No. 1-15-cv-01007-JFM |
| v. | * | |
| GLOBAL DYNAMIC TRANSPORTATION, LLC, *et al.* | * | |
| | * | |
| *Defendants* | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

Upon consideration of Defendants Global Dynamic Transportation, LLC, Valeri Biganishvill, David Chkhartishvili and Besiki Chkhartishvili (hereinafter "Defendants") Motion to Dismiss, or in the alternative, Motion for Summary Judgment ("Motion"), and supporting memorandum of law, any opposition filed by Plaintiffs Zarshed Ergashov, Djamshed Ergashov, Khurshed Ergashov, Alisher Khamrokoulov, Farhod Yarov and Bobir Yarov (hereinafter "Plaintiffs"), and the entire record herein, it is hereby

ORDERED that Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint is GRANTED; and, it is further

ORDERED that Plaintiffs' "First Claim for Relief" seeking recovery pursuant to the Fair Labor Standards Act (ECF 15) against Defendants is DISMISSED in its entirety and with prejudice; and, it is further

ORDERED that the Court declines to exercise supplemental jurisdiction over the remaining claims presented in Plaintiffs' Second Amended Complaint (ECF 15) and, as

such, Plaintiffs' remaining claims are dismissed due to lack of subject matter jurisdiction; and, it is further

      ORDERED that the clerk shall CLOSE this case.

Date: _____                 _____
                                                                              Judge, United States District Court
                                                                              for the District of Maryland