UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

October 29, 2015

MEMO TO COUNSEL RE: Zarshed Ergashov, et al. v. Global Dynamic Transportation LLC, et al.
Civil No. JFM-15-1007

Dear Counsel:

I have reviewed the papers submitted in connection with defendant's motion for judgment with defendant Eight P CPL, LLC, motion for judgment on pleadings and/or summary judgment.

The motion (document 18) is denied. I am fully satisfied that plaintiffs have stated a claim against Eight P CPL and that, until discovery is taken, factual issues are presented that require discovery.

A conference call will be held on  November 16, 2015  at  4:15  p.m. to discuss the appropriate schedule in this case. I ask counsel for plaintiff to initiate the call.

Enclosed is a tentative scheduling order with approximate dates for your information. Please consult with one another before the call and be prepared to discuss whether you would like to participate in a settlement conference either before or after the completion of discovery, any changes to the dates in the form scheduling order, and whether there is unanimous consent to proceed before a U.S. Magistrate Judge for all proceedings.

Also enclosed is a letter regarding a call-in hour program for the resolution of discovery disagreements.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge