IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ZARSHED ERGASHOV, *et al.*, | * | |
| *Plaintiffs* | * | Civil Action No. 1:15-cv-01007- TJS |
| v. | * | |
| GLOBAL DYNAMIC TRANSPORTATION, LLC, *et al.* | * | |
| | * | |
| *Defendants* | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### DEFENDANT'S RULE 12(B)(1) MOTION TO DISMISS CROSS-CLAIM AND MOTION FOR RECONSIDERATION OF COMPLETE DISMISSAL UNDER 12(B)(1)

Defendant/Cross-Defendant Global Dynamic Transportation ("GDT") hereby moves to dismiss Defendant/Cross-Plaintiff Eight P CPL, LLC's Cross-Claim (ECF 60) pursuant to Federal Rule of Civil Procedure 12(b)(1). In addition, and in light of many developments in this case, GDT, Valeri Biganishvill, David Chkhartishvili and Besiki Chkhartishvili (collectively the "GDT Defendants") move for reconsideration of the Court's prior ruling issued on November 13, 2015 (ECF 33) electing to exercise supplemental jurisdiction despite the absence of original jurisdiction. The grounds for this Motion are set forth with particularity in the attached Memorandum. A proposed Order is also attached.

### REQUEST FOR HEARING

The GDT Defendants request a hearing on their instant Motion to Dismiss and Motion for Reconsideration.

WHEREFORE, the GDT Defendants respectfully request that this Court grant their Motion to Dismiss and Motion for Reconsideration, dismiss the Cross-Claim and Complaint

1

against them with prejudice at this time, grant the GDT Defendants their attorneys' fees and costs, and enter such other relief as the Court deems appropriate.

Dated: March 18, 2016                                Respectfully submitted,

                                                            /s/
                                     Judd G. Millman (Fed Bar No. 18212)
                                       judd@luchanskylaw.com
                                   Bruce M. Luchansky (Fed. Bar No. 08439)
                                       lucky@luchanskylaw.com
                                   **LUCHANSKY LAW**
                                   606 Bosley Avenue, Suite 3B
                                   Towson, Maryland 21204
                                   Telephone: (410) 522-1020
                                   Facsimile: (410) 522-1021

                                   *Attorneys for Global Dynamic Transportation, LLC, Valeri Biganishvill, David Chkhartishvili and Besiki Chkhartishvili*

## CERTIFICATE OF SERVICE

I, hereby, certify that on March 18, 2016, a copy of the foregoing was served via the United States District Court for the District of Maryland's electronic filing system upon all counsel of record registered to receive such notifications.

                                                            /s/
                                   Judd G. Millman