IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ZARSHED ERGASHOV, *et al.*, | * | |
| *Plaintiffs* | * | Civil Action No. 1-15-cv-01007-TJS |
| v. | * | |
| GLOBAL DYNAMIC TRANSPORTATION, LLC, *et al.* | * | |
| | * | |
| *Defendants* | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

Upon consideration of Defendants Global Dynamic Transportation, LLC, Valeri Biganishvill, David Chkhartishvili and Besiki Chkhartishvili (hereinafter "GDT Defendants") Motion to Dismiss Cross-Claim and Motion for Reconsideration for Dismissal Under Rule 12(b)(1), and the supporting memorandum of law, any opposition filed thereto by Plaintiffs Zarshed Ergashov, Djamshed Ergashov, Khurshed Ergashov, Alisher Khamrokoulov, Farhod Yarov and Bobir Yarov (hereinafter "Plaintiffs") or Defendant/Cross-Plaintiff Eight P CPL, LLC ("Eight P"), and the entire record herein, it is hereby

ORDERED that the GDT Defendants' Motion to Dismiss and Motion for Reconsideration are GRANTED; and, it is further

ORDERED that the Court declines to exercise supplemental jurisdiction over the claims presented in Plaintiffs' Third Amended Complaint (ECF 35) and Eight P's Cross-

Claim (ECF 60) and, as such, Plaintiffs' claims and Eight P's cross-claim are all dismissed due to lack of subject matter jurisdiction; and, it is further

ORDERED that the clerk shall CLOSE this case.

Date: _____                          _____
                                                  Judge, United States District Court
                                                  for the District of Maryland

2